# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

STEFAN PASSANTINO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

CIVIL ACTION FILE

NO. 4:23-CV-0300-MHC

## ORDER OF RECUSAL

The undersigned hereby recuses himself from further participation in this action, pursuant to Canon 3(C) of the Code of Conduct for United States Judges. See also 28 U.S.C. § 455.

The Clerk is **DIRECTED** to reassign this case in accordance with the Internal Operating Procedures of this Court, and to notify all parties.

**IT IS SO ORDERED** this 22nd day of December, 2023.

_____
MARK H. COHEN
United States District Judge