# Exhibit 1



Jesse Binnall <jesse@binnall.com>

## RE: Passantino v. U.S.A consent to 7 day response extension request

**Bryan Tyson** <btyson@theelectionlawyers.com>   Tue, Apr 16 at 11:27 AM
To: Jackson, Jonathan (USAGAN) <Jonathan.Jackson2@usdoj.gov>, jesse@binnall.com <jesse@binnall.com>
Cc: Orosz, Mark (USAGAN) <Mark.Orosz@usdoj.gov>

Mr. Jackson,

My apologies for just now responding. As my out of office indicated, I'm currently in trial up on the 19th floor. I've added lead counsel Jesse Binnall but don't think we'll have any problem with a seven-day extension. I saw you filed the motion, but we will coordinate and respond ASAP.

Thanks,

Bryan

**Bryan P. Tyson**
**The Election Law Group** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249 | M: 404.219.3160 | btyson@theelectionlawyers.com

LinkedIn | Twitter

www.theelectionlawyers.com

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

**From:** Jackson, Jonathan (USAGAN) <Jonathan.Jackson2@usdoj.gov>
**Sent:** Monday, April 15, 2024 7:50 PM
**To:** Bryan Tyson <btyson@theelectionlawyers.com>
**Cc:** Orosz, Mark (USAGAN) <Mark.Orosz@usdoj.gov>
**Subject:** Passantino v. U.S.A consent to 7 day response extension request

Good evening counselor,

I am the AUSA representing the government in the Passantino complaint.

I apologize for the after-hours email/request—but would you mind consenting to a 7 day extension to the Defendant's time to respond to Mr. Passantino's complaint?

Thank you.

**A. Jonathan Jackson**

Assistant United States Attorney

Civil Division

United States Attorney's Office

Northern District of Georgia

Richard B. Russell Federal Building

75 Ted Turner Drive SW, Suite 600

Atlanta, Georgia 30303-3309

Tel: (404) 581-6032 | Fax: (404) 581-6181



RTSUSAO118