# Exhibit 3

 Gmail

Jesse Binnall <jesse@binnall.com>

**Passantino v. USA - Consent Motion to extend time**

**Orosz, Mark (USAGAN)** <Mark.Orosz@usdoj.gov>  Tue, Apr 23, 2024 at 4:58 PM
To: "jesse@binnall.com" <jesse@binnall.com>
Cc: "Jackson, Jonathan (USAGAN)" <Jonathan.Jackson2@usdoj.gov>

Good afternoon Mr. Binnall,

Please find enclosed in this email a copy of our Consent Motion for Extension of Time. Please review and let us know if you consent to the motion being filed.

Have a good evening.

**Mark Orosz || Legal Administrative Specialist || Civil Division**

United States Attorney's Office, Northern District of Georgia

75 Ted Turner Dr., S.W., Suite 600, Atlanta, Georgia 30303

404.581.6381 (Direct)

---

📄 **2024.04.23 Passantino - DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME.pdf**
139K  View as HTML  Scan and download