# Exhibit 4



Jesse Binnall <jesse@binnall.com>

## Passantino v. USA - Consent Motion to extend time

**Bryan Tyson** <btyson@theelectionlawyers.com>  Tue, Apr 23 at 5:28 PM
To: Jesse Binnall <jesse@binnall.com>, Orosz, Mark (USAGAN) <Mark.Orosz@usdoj.gov>
Cc: Jackson, Jonathan (USAGAN) <Jonathan.Jackson2@usdoj.gov>

Mr. Orosz,

Mr. Binnall forwarded me this draft motion. As local counsel, please include both me and Mr. Binnall on any communications about this case.

While we continue to consent to the relief as we previously discussed, we do not consent to the motion as drafted. We have some revisions to the motion that should be straightforward. Are you available for a call tomorrow?

Thanks,

Bryan

**Bryan P. Tyson**
**The Election Law Group** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249 | M: 404.219.3160 | btyson@theelectionlawyers.com

LinkedIn | Twitter

www.theelectionlawyers.com

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

---------- Forwarded message ---------
[Quoted text hidden]

2024.04.23 Passantino - DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME.pdf