# Exhibit 5

 **Gmail**

**Jesse Binnall <jesse@binnall.com>**

---

## Passantino v. USA - Consent Motion to extend time

---

**Jackson, Jonathan (USAGAN)** <Jonathan.Jackson2@usdoj.gov>                              Wed, Apr 24 at 9:11 AM
To: Jesse Binnall <jesse@binnall.com>
Cc: Bryan Tyson <btyson@theelectionlawyers.com>, Orosz, Mark (USAGAN) <Mark.Orosz@usdoj.gov>

Good morning Jesse,

Assuming your issue with the language in the motion/brief is not related to matters of grammar etc., which I doubt considering you are seeking a meeting to discuss them, I respectfully disagree that are agreement is still in place.

Let's discuss your disputed terms at 11:30 AM. There's no need to rush the 26f in a case this young—especially where we are no longer in agreement on the parties' initial pleadings and procedure.

Also, with me being in the office today, a telephone call works better than TEAMS or Zoom. I'm having some computer microphone issues.

[Quoted text hidden]