**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

STEFAN PASSANTINO,
                    Plaintiff,

vs.

UNITED STATES OF AMERICA,
                    Defendant.

CIVIL ACTION FILE

NO.  4:23-cv-00300-ELR

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of the defendant's Motion for Judgment on the Pleadings and having been granted said Motion, it is

**Ordered and Adjudged** that the action be **DISMISSED**.

Dated at Rome, Georgia, this 22nd day of January, 2025.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/A. White
        , Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 22, 2025
Kevin P. Weimer
Clerk of Court

By:  s/A. White
        Deputy Clerk