# In the United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10500

_____

STEFAN PASSANTINO,

    *Plaintiff-Appellant,*

*versus*

UNITED STATES OF AMERICA,

    *Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 4:23-cv-00300-ELR

_____

ORDER:

The motion for an extension of time to and including November 18, 2025 to file Appellant's reply brief is GRANTED.

/s/ Andrew L. Brasher
UNITED STATES CIRCUIT JUDGE